839 A.2d 237

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**William Joseph CARPENTER, Appellant.**

Supreme Court of Pennsylvania.

Submitted Aug. 19, 2003.

Decided Dec. 30, 2003.

318

Burton A. Rose, Philadelphia, for William Joseph Carpenter, appellant.

Hugh J. Burns, Philadelphia, for the Com. of PA, appellee.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice LAMB notes his dissent.